813

No. 993.   BELL ET AL. v. PORTER ET AL.   April 7, 1947. The order entered March 31, 1947, 330 U. S. 817, granting certiorari is vacated.   On reconsideration the petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit is denied.   *Harold Leventhal* for petitioners.   *John T. Chadwell* and *Richard M. Keck* for respondents.

No. 850.   WILLIAMS ET AL. v. AUSTRIAN ET AL., TRUSTEES.   February 10, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Milton Pollack, Emery H. Sykes, Horace R. Lamb* and *Lewis L. Delafield* for petitioners.   *Carl J. Austrian, Saul J. Lance* and *Isadore H. Cohen* for respondents.

No. 733.   INTERSTATE NATURAL GAS CO., INC. v. FEDERAL POWER COMMISSION ET AL.   See *post*, p. 852.

No. 934.   CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, v. UEBERSEE FINANZ-KORPORATION, A. G.   February 17, 1947.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted.   *Acting Solicitor General Washington* for petitioner.

No. 346.   SILESIAN AMERICAN CORP. ET AL. v. MARKHAM, ALIEN PROPERTY CUSTODIAN.   See *post*, p. 852.